UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 FEB -1 PM 2:26

| | | |
|---|---|---|
| PEGGY HATLEY<br>4641 Summerside Road<br>Cincinnati, Ohio 45244 | : | Case No. 1:05CV062<br><br>Judge: SPIEGEL, J. |
| Plaintiff, | : | J. HOGAN |
| v. | : | |
| MULTI-COLOR CORPORATION<br>4064 Clough Woods Drive<br>Batavia, Ohio 45103 | : | COMPLAINT WITH JURY DEMAND |
| and | : | |
| ROY EICHER<br>Manager<br>c/o Multi-Color Corporation<br>4064 Clough Woods Drive<br>Batavia, Ohio 45103 | : | |
| Defendants. | : | |

Now comes the Plaintiff, Peggy Hatley, and for her complaint against the Defendants, states as follows:

1.  I began work at Multi-Color Corporation on February 6, 2001.

2.  As a good employee at Multi-Color Corporation, I received good reviews, but was continually treated differently because of my sex, based upon comments of supervisors and different treatment.

3.  I complained to management about the different treatment, but no remedy was given to me.

4. I was discriminated against based on my sex when I was falsely accused of poor work performance. I was disciplined differently than male employees, and I was eventually terminated on February 17, 2004.

5. On or about November 7, 2004, I received from the Equal Employment Opportunity Commission a Notice of Right to Sue.

6. While I was employed, I was sexually harassed by Mr. Roy Eicher. The Company knew that I was harassed and when I complained about the harassment, I was terminated.

7. Because of the different treatment based on my sex and retaliation, I have lost wages, suffered emotional stress, lost benefits and request damages from the Court.

**Plaintiff requests a Jury.**

Respectfully submitted,

*/s/ Peggy Hatley*
Peggy Hatley, Plaintiff
4641 Summerside Road
Cincinnati, Ohio 45244
513-528-1330 (Telephone)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Complaint was served via regular U.S. mail and electronically upon the above-referenced Defendants on this _____ day of February, 2005.

*/s/ Peggy Hatley*
Peggy Hatley, Plaintiff