IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PEGGY HATLEY | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:05-cv-00062 |
| vs. | : | |
| | : | Senior District Judge S. Arthur Spiegel |
| MULTI-COLOR CORPORATION, et al. | : | |
| | : | |
| Defendant(s) | : | |

JUDGMENT IN A CIVIL CASE

　　　　Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court hereby GRANTS Defendants' Motion for Entry of Order of Dismissal (doc. 19).  The Court hereby DISMISSES this matter WITH PREJUDICE.  Each party shall be responsible for its own costs.  The Court shall retain jurisdiction over the settlement contract for the purposes of its enforcement.

2/8/07　　　　　　　　　　　　　　　　　　　　　James Bonini, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　s/Kevin Moser
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk